No. 98–6022. ROSENTHAL *v.* BANKS, ADMINISTRATIVE APPEALS JUDGE, DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 98–6027. CUNNINGHAM *v.* PACE ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–6028. JACKSON *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6035. SCOTT *v.* BURTON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–6040. KROEMER *v.* IRVIN. C. A. 2d Cir. Certiorari denied.

No. 98–6063. TIDWELL *v.* MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6069. VINH HUNG LAM *v.* HARTE-HANKS COMMUNICATIONS, INC. C. A. 9th Cir. Certiorari denied.

No. 98–6074. RISHER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 98–6078. BEARD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6079. HYON O *v.* HENDERSON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 98–6081. SCOTT *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–6083. JONES *v.* POOLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6084. LOWE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6089. VIENGVILAI *v.* NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–6091. ARLEDGE *v.* IDAHO ET AL. C. A. 9th Cir. Certiorari denied.